UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| David Sefton, | § | |
| *Plaintiff,* | § | |
| vs. | § | Civil Action: H-06-3484 |
| | § | |
| Eyeblaster, Inc., *et al.*, | § | |
| *Defendants.* | § | |

## ORDER

Before the court is defendants' motion requiring plaintiff to post bond as security for costs. (Dkt. 25). A district court has inherent power to require security for costs when warranted by the circumstances of the case. *Ehm v. Amtrak*, 780 F.2d 516, 517 (5th Cir. 1986). Defendants have not presented circumstances warranting the posting of a bond. Accordingly, defendants' motion is DENIED.

Signed at Houston, Texas on March 14, 2006

Stephen Wm. Smith
United States Magistrate Judge